IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM ERIC GREEN, | |
| Petitioner, | CIVIL ACTION NO.: 6:17-cv-42 |
| v. | |
| D. DREW, Warden, | |
| Respondent. | |

**O R D E R**

Petitioner William Eric Green ("Green"), who is currently incarcerated at the United States Penitentiary in Atlanta, Georgia, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Green is attacking the execution of the sentence he received in this District in Case Number 6:02-cr-8. (Doc. 1.) Because Green is attacking the execution of his sentence rather than the fact of his conviction or sentence, his Section 2241 Petition should have been docketed in the Northern District of Georgia rather than in this Court's Statesboro Division. 28 U.S.C. § 84(b); Ramirez v. Hastings, No. CV214-085, 2015 WL 1022363, at *2 (S.D. Ga. Mar. 9, 2015) ("[A] habeas petition under section 2241 generally is available only for challenging the execution of a sentence or the nature of confinement, 'not the validity of the sentence itself or the fact of confinement,' and is filed in the district of incarceration.") (internal citation omitted).

Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Northern District of Georgia.

**SO ORDERED**, this 11th day of April, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA